Kimberly E. Colwell, Esq. (SBN: 127604)
Jennifer C. Addams, Esq. (SBN: 209355)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone:  (510) 808-2000
Facsimile:  (510) 444-1108
Email: kcolwell@meyersnave.com

Attorneys for Defendants CITY OF FAIRFIELD,
POLICE CHIEF WILLIAM GRESHAM and
POLICE OFFIER JAUSIAH JACOBSEN

Andrew C. Schwartz, Esq. (SBN 64578)
CASPER, MEADOWS & SCHWARTZ
2121 No. California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:  (925) 947-1147
Facsimile:  (925) 947-1131

Attorney for Plaintiff BIJON HUGHES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON LEE HUGHES,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF FAIRFIELD, J. JACOBSEN, Badge No. 1200, individually and in his capacity as an Officer of the Fairfield Police department, BILL GRESHAM, individually and in his capacity as Chief of Police for the Fairfield Police Department, and DOES 1 through 50, et al.,<br><br>                    Defendants.<br>_____ | CASE NO:  05-CV-00223 DFL PAN<br><br>**STIPULATION FOR EARLY SETTLEMENT CONFERENCE AND ORDER THEREON** |

Stipulation for Early Settlement Conference and Order Thereon [05-CV-00223 DFL PAN]

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by the parties, as authorized by their respective counsel, that this matter shall be referred to the assigned Magistrate Judge for an early settlement conference. The parties hereby waive any conflict if the case does not settle and thereafter the Magistrate Judge is required to hear any issues related to a discovery dispute.

Dated: November 15, 2005     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: ___/s/ Kimberly E. Colwell_____
Kimberly E. Colwell, Esq.
Attorney for Defendants
CITY OF FAIRFIELD, POLICE CHIEF WILLIAM GRESHAM and POLICE OFFICER JAUSIAH JACOBSEN

Dated: November 15, 2005     CASPER, MEADOWS & SCHWARTZ

By: ___/s/ Andrew C. Schwartz_____
Andrew C. Schwartz, Esq.
Attorney for Plaintiff
BIJON HUGHES

Good cause appearing, this matter is hereby referred to the assigned Magistrate Judge for an early settlement conference at such time as may be convenient to the court and the parties.

Dated: 11/21/2005

_____
DAVID F. LEVI
United States District Judge

---

Stipulation and Order to Early Settlement Conf. [05-CV-00223 DFL PAN]                              1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4   784645_1
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com