IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BIJON LEE HUGHES,

    Plaintiffs,                No. CIV S-05-0223 DFL PAN (GGH)

    vs.

CITY OF FAIRFIELD, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On Wednesday, March 22, 2006, the parties and their counsel met in settlement conference. All appearances were placed on the record. The case settled, and the terms of settlement were placed on the record.

        All previously scheduled dates in this case are vacated. Dispositional papers shall be filed no later than April 21, 2006.

        IT IS SO ORDERED.

DATED: 3/28/06

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
hughes.ord