Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON LEE HUGHES,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF FAIRFIELD, J. JACOBSEN, Badge No. 1200, individually and in his capacity as an Officer of the Fairfield Police Department, BILL GRESHAM, individually and in his capacity as Chief of Police for the Fairfield Police Department, and DOES 1 through 50, et al.,<br><br>          Defendants. | Case No. **05-CV-00223-DFL-PAN (JFM)**<br><br>**STIPULATION FOR DISMISSAL RULE 41(a)(1) F.R.C.P.**<br><br><br>Complaint filed:  2/3/2005<br>Trial Date:  1/16/07 |

TO THE HONORABLE DAVID LEVI OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

1. The parties hereto, by and through their respective counsel of record, stipulate and agree that the entire action shall be dismissed with prejudice.

DATED: May 24, 2006            BY:    */s/Andrew Schwartz*
                                               ANDREW C. SCHWARTZ, ESQ.
                                               **Casper, Meadows, Schwartz & Cook**
                                               Attorney for Plaintiff

DATED: May 24, 2006            BY:    */s/ Kim Colwell*
                                               KIM COLWELL, ESQ.
                                               **Meyers, Nave, Riback, Silver & Wilson**
                                               Attorney for Defendants

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Hughes vs. City of Fairfield, et al.*                                                Page 1
**STIPULATION FOR DISMISSAL**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/30/2006

_____
DAVID F. LEVI
United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Hughes vs. City of Fairfield, et al.*  Page 2
**STIPULATION FOR DISMISSAL**